# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUNTEZ HAIRSTON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 09-cv-50-MJR |
| PHIL McLAURIN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court *sua sponte*. On June 17, 2009, the Court denied Plaintiff's motion to proceed *in forma pauperis* finding that Plaintiff had accrued "3 strikes" prior to commencing this action under 28 U.S.C. § 1915(g) and was not in imminent danger of serious physical injury. *See* (Doc. 6). Plaintiff was given 15 days within which to pay the full filing fee. *Id*. More than 15 days have passed and the Court still has not received Plaintiff's filing fee. Accordingly, this case is **DISMISSED**, with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED**.

**DATED this 9th day of July, 2009.**

                                                                                        s/ Michael J. Reagan
                                                                                        **MICHAEL J. REAGAN**
                                                                                        **United States District Judge**